UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# WRIT OF EXECUTION

*To the UNITED STATES MARSHAL for the Southern District of Texas:*

In Civil Action Number: 4:21-mc-02299

In this Division: Houston

Which was styled:

BUTLER AMERICA, LLC

-versus-

LOCO BRANDS, LLC d/b/a DIRECT TEK

This judgment creditor:

BUTLER AMERICA, LLC

Recovered a judgment of: $ 471,626.70

Plus costs of: $

Which judgment was entered on: 10/15/2021

And bears interest at: 0.09 %

From this judgment debtor:

LOCO BRANDS, LLC d/b/a DIRECT TEK

You are commanded to take of the goods, land and chooses-in-action of the judgment debtor enough to pay the judgment in full and the cost of this writ. Fail not, and return this writ, certifying how you executed it.

United States District Court
Southern District of Texas

CLERK OF COURT



By: _____

Deputy Clerk

Date Issued: 11/9/2021