# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:21−mc−02299

| | |
|---|---|
| Stokes et al v. Citizens Telecom Services Company, LLC, d/b/a Frontier Communications Corporation and Butler America, LLC **Case transferred to Eastern District of Texas.**<br>Assigned to: Judge George C Hanks, Jr<br>Case in other court: Eastern District of Wisconsin, 18−01963<br>Cause: No cause code entered | Date Filed: 10/14/2021<br>Date Terminated: 10/29/2021 |

**Plaintiff**

**Rubin T. Stokes**         represented by   **Rubin T. Stokes**
                                              PRO SE

V.

**Defendant**

**Citizens Telecom Services Company, LLC,
d/b/a Frontier Communications Corporation
and Butler America, LLC**

**Third Party Defendant**

**Loco Brands, LLC d/b/a Direct Tek**       represented by   **Chad Carlton Rook**
                                                             Flowers Davis, PLLC
                                                             1021 ESE Loop 323
                                                             Ste 200
                                                             Tyler, TX 75701
                                                             903−534−8063
                                                             Email: ccr@flowersdavis.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Steven MacArthur Mason**
                                                             Flowers Davis, PLLC
                                                             1021 ESE Loop 323
                                                             Ste 200
                                                             Tyler, TX 75701
                                                             903−534−8063
                                                             Email: smm@flowersdavis.com
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James M Cleary , Jr**
                                                             Martin Disiere et al
                                                             808 Travis Street
                                                             Ste 1100
                                                             Houston, TX 77002
                                                             713−632−1700

Fax: 713–222–0101  
Email: cleary@mdjwlaw.com  
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Butler America, LLC** | represented by | **Jeffrey G Tinkham**<br>Martin, Disiere, Jefferson & Wisdom<br>808 Travis St<br>Suite 1100<br>Houston, TX 77002<br>713–854–4403<br>Fax: 713–222–0101<br>Email: tinkham@mdjwlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**James M Cleary , Jr**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2021 | Ï 1 | REGISTRATION of Foreign Judgment ( Filing fee $ 49 receipt number 0541–27197483.) filed by Loco Brands, LLC d/b/a Direct Tek. (Attachments: # 1 Certified Judgment, # 2 Certified Order)(Cleary, James) (Entered: 10/15/2021) |
| 11/09/2021 | Ï 2 | Writ of Execution/Other Miscellaneous Relief ( Filing fee $ 49 receipt number 0541–27322305.) filed by Butler America, LLC.(Cleary, James) (Entered: 11/09/2021) |
| 11/09/2021 | Ï 3 | Writ of Execution Issued, filed. (bthomas, 4) (bthomas, 4). (Entered: 11/09/2021) |
| 01/13/2022 | Ï 4 | Ex Parte MOTION Ex Parte Application for Turnover Order by Butler America, LLC, filed. Motion Docket Date 2/3/2022. (Attachments: # 1 Exhibit Loco Judgment, # 2 Exhibit Letter to Loco's counsel, # 3 Exhibit Declaration of Ryan Bell, # 4 Proposed Order)(Tinkham, Jeffrey) (Entered: 01/13/2022) |
| 02/08/2022 | Ï 5 | CERTIFICATE OF SERVICE of 4 Ex Parte MOTION Ex Parte Application for Turnover Order by Butler America, LLC, filed.(Tinkham, Jeffrey) (Entered: 02/08/2022) |
| 02/09/2022 | Ï 6 | REQUEST for pre−motion conference re: 4 Ex Parte MOTION Ex Parte Application for Turnover Order, filed.(Rook, Chad) (Entered: 02/09/2022) |
| 02/11/2022 | Ï 7 | RESPONSE to 6 REQUEST for pre−motion conference re: 4 Ex Parte MOTION Ex Parte Application for Turnover Order , filed by Butler America, LLC. (Tinkham, Jeffrey) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 8 | CERTIFICATE of Conference re: 4 Ex Parte MOTION Ex Parte Application for Turnover Order by Butler America, LLC, filed.(Tinkham, Jeffrey) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 9 | NOTICE of Setting re: 4 Ex Parte MOTION Ex Parte Application for Turnover Order; 6 REQUEST for pre−motion conference; 7 Response. Parties notified. Motion Hearing set for 2/15/2022 at 10:30 AM by video before Judge George C Hanks Jr, filed. Join ZoomGov Meeting: https://www.zoomgov.com/j/1602241218?pwd=MHhBT3ZKSWxad2UvRHBKM1YxSDloZz09; Meeting ID: 160 224 1218; Passcode: 810259; Dial−in: 1−669−254−5252. (bthomas, 4) (Entered: 02/11/2022) |

| | | |
|---|---|---|
| 02/14/2022 | Ï 10 | MOTION for Steven M. Mason to Appear Pro Hac Vice by Loco Brands, LLC d/b/a Direct Tek, filed. Motion Docket Date 3/7/2022. (BrendaLacy, 4) (Entered: 02/14/2022) |
| 02/14/2022 | Ï 11 | RESPONSE to 4 Ex Parte MOTION Ex Parte Application for Turnover Order *(Subject to its letter requesting Pre–Motion Conference Concerning Venue, Loco Brands' Opposition to Butler's Ex Parte Application for a Turnover Order)*, filed by Loco Brands, LLC d/b/a Direct Tek. (Rook, Chad) (Entered: 02/14/2022) |
| 02/14/2022 | Ï 12 | ORDER granting 10 Motion for Steven Mason to Appear Pro Hac Vice. (Signed by Judge George C Hanks, Jr) Parties notified. (bthomas, 4) (Entered: 02/14/2022) |
| 02/14/2022 | Ï 13 | REPLY in Support of 4 Ex Parte MOTION Ex Parte Application for Turnover Order, filed by Butler America, LLC. (Tinkham, Jeffrey) (Entered: 02/14/2022) |
| 02/15/2022 | Ï 14 | Minute Entry for proceedings held before Judge George C Hanks, Jr. MOTION HEARING AND PRE–MOTION CONFERENCE held on 2/15/2022 re: 4 Ex Parte MOTION Ex Parte Application for Turnover Order; 6 REQUEST for pre–motion conference. The Court took all of the matters under advisement. Appearances: Steven MacArthur Mason. Jeffrey G Tinkham. (Court Reporter: Mary Capetillo), filed.(bthomas, 4) (Entered: 02/25/2022) |
| 06/07/2022 | Ï 15 | ORDER TO TRANSFER CASE to Eastern District of Texas, Tyler Division (Signed by Judge George C Hanks, Jr) Parties notified.(olindor, 4) (Entered: 06/08/2022) |
| 06/08/2022 | Ï | Interdistrict transfer to Eastern District of Texas, Tyler Division. Case transferred electronically, filed. (olindor, 4) (Entered: 06/08/2022) |